ORDERED.

Dated:  May 08, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:

LISA DUTTON LOVE,                                                         Case No. 6:19-bk-01568-CCJ

    Debtor                                                                              Chapter 7
_____/

**AGREED ORDER GRANTING U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST RELIEF FROM AUTOMATIC STAY EFFECTIVE AFTER 90 DAYS (Doc. 14)**

THIS CASE came on for consideration on the Motion for Relief from Stay filed by U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust (Document No. 14). The parties are in agreement to the entry of this Order, it is

**ORDERED:**

1.    The Motion (Doc. No. 14) is granted.

2.    The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated **after 90 days from the date of entry of this Order** as to Movant's interest in the following property:

    **THE LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS FOLLOWS:**

**ALL THAT CERTAIN LAND IN LAKE COUNTY, STATE OF FLORIDA, VIZ:**

**THE EAST 605.00 FEET OF THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 18, TOWNSHIP 19 SOUTH, RANGE 28 EAST, LAKE COUNTY, FLORIDA.**

**COMMONLY KNOWN AS: 24700 WALKABOUT RANCH ROAD, SORRENTO, FL 32778**

**a/k/a 24700 WALKABOUT RANCH ROAD
SORRENTO, FL 32776**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all the steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the debtor.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. Attorney's fees and costs of up to $526.00 are hereby awarded for prosecution of the Motion.

6.     This Court makes no determination that the Debtor(s) have/has defaulted on the underlying obligation.

# # #

/s/Stefan Beuge
**Stefan Beuge, Esq., Florida Bar No. 68234**
**Phelan Hallinan Diamond & Jones, PLLC**
**2001 NW 64th Street Suite 100**
**Ft. Lauderdale, FL 33309**
**Tel: 954-462-7000 Ext. 56588**
**Fax: 954-462-7001**
**Email: stefan.beuge@phelanhallinan.com**
**FLMD.bankruptcy@phelanhallinan.com**

/s/Arvind Mahendru
**Arvind Mahendru, ESQ.**
**Chapter 7 Trustee**
**5703 Red Bug Lake Rd #284**
**Winter Springs, FL 32708**
**(407) 504-2462**
**amtrustee@gmail.com**

**Order prepared by:**
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLMD.bankruptcy@phelanhallinan.com

Attorney Stefan Beuge, Esq., Florida Bar No. 68234 is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.